UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -6 PM 12:28

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Martin JIMENEZ-Madrigal,**<br><br>Defendant(s) | Magistrate Case No. **'08 MJ 0346**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **February 05, 2008**, within the Southern District of California, defendant **Martin JIMENEZ-Madrigal** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Gustavo FLORES-Camarena, Guadalupe CAMARENA-Franco** and **Juan Luis NEGRETE-Zarate** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **February, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION RE:
**Martin JIMENEZ-Madrigal**
A# 098 952 163
PR#0802-0110

## PROBABLE CAUSE STATEMENT

The complainant states that **Gustavo FLORES-Camarena, Guadalupe CAMARENA-Franco and Juan Luis NEGRETE-Zarate** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 5, 2008, Supervisory Border Patrol Agent Mark Hansen was conducting anti-smuggling duties in Eastern San Diego County. Agent Hansen was in plainclothes, and operating an unmarked DHS surveillance/enforcement vehicle with fully functioning emergency lights and audible police siren. Agent Hansen was monitoring activities in an area near Pine Valley, California. This area is located in a remote mountainous region approximately 50 miles east of San Diego, California and about 20 miles northeast of the Tecate, California Port of Entry.

Agent Hansen observed a black Chevrolet pickup truck, traveling westbound on I-8 past his location at a slow speed. At this time the interstate had several sections in this area covered with black ice and the temperature was in the mid 20's. As the Chevrolet passed, Agent Hansen saw that the side windows were fogged up and a silver/grey tarp was flapping freely from the rear portion of the Chevrolet's bed. Agent Hansen has apprehended numerous pickup trucks being used as alien smuggling load vehicles where the illegal aliens were concealed in the bed area by tarps. Agent Hansen entered I-8 westbound to further investigate. As he drew near, hands reached up from within the bed and pulled the rear of the tarp down.

Agent Hansen attempted to contact Border Patrol radio dispatch in an effort to run a registration and stolen vehicle check on the Chevrolet, but dispatch was not responding. Agent Hansen activated his emergency lights and siren in an effort to conduct an immigration inspection on the Chevrolet's occupants. The Chevrolet did not immediately yield; rather it maintained its slow speed, approximately 60 miles per hour. A short distance past the Pine Valley Bridge the driver brought the Chevrolet to a stop halfway in the slow lane of I-8 even though there was ample room on the shoulder to pull safely off the roadway. As Agent Hansen approached on foot, he first observed that the roadway was iced over and even walking proved difficult. As he passed the bed of the vehicle, Agent Hansen illuminated the inside of the Chevrolet's bed and observed several individuals mostly concealed beneath the tarp.

Agent Hansen saw that there were three individuals in the front seat and four cramped on the floor in the back passenger area. Agent Hansen identified himself as a United States Border Patrol Agent and questioned the driver, and the cab area passengers as to their citizenship and immigration status. All seven, including the defendant, later identified as Martin JIMENEZ-Madrigal, admitted that they were citizens and nationals of Mexico illegally present in the United States.

Agent Hansen then identified himself as a United States Border Patrol Agent and questioned the passengers in the bed of the Chevrolet as to their citizenship and immigration status. All eight of these individuals admitted that they were citizens and nationals of Mexico illegally present in the United States. The defendants and the fourteen smuggled aliens were arrested and transported to the Boulevard Border Patrol Station for processing.

CONTINUATION RE:
Martin JIMENEZ-Madrigal
A# 098 952 163
PR#0802-0110



### DEFENDANT STATEMENT:

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having a lawyer present. The defendant stated that he is a citizen and national of Mexico illegally present in the United States.

The defendant stated that on February 4, 2008, he received a call from a smuggler who asked him to drive a group of illegal aliens to San Diego, California. The defendant agreed to smuggle the group after being offered $100.00 dollars per smuggled alien. According to the defendant, he was dropped off by another smuggler working in the same alien smuggling organization at the location where the group was hiding. After being dropped off, the defendant met with the group. Once the defendant met the group, he waited with them until a Chevrolet pickup truck was dropped off. Within moments, everyone in the group, including the defendant entered the Chevrolet and he began to drive it and headed towards Interstate 8. The defendant used a radio to communicate with the smuggler who would give him directions as of where to take the group. The defendant stated he has successfully smuggled several illegal aliens in the past.

### MATERIAL WITNESSES STATEMENTS:

Material witnesses **Gustavo FLORES-Camarena, Guadalupe CAMARENA-Franco** and **Juan Luis NEGRETE-Zarate** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay a fee to be smuggled into the United States. Material witnesses FLORES-Camarena and NEGRETE-Zarate were shown a photographic line up and were able to identify the defendant **Martin JIMENEZ- Madrigal** as the driver of the vehicle.