UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 425-JAH |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 346 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jimenez-Madrigal et al., | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

Juan L. Negrete-Zarate

DATED: 2/19/08

RECEIVED _____ / DUSM

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062