UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 CR 425-JAH |
| --- | --- | --- |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 346 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jimenez-Madrigal et al; | ) Booking No. | |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Guadalupe Camarena-Franco

DATED: 2/19/08

RECEIVED _____ DUSM

Ruben B Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk